UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:23-cv-00353-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| NAJAR ABDALLAH, | |
| Defendant. | |

This case is before the Court on Plaintiff's motion for default judgment. Accordingly, the matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On March 31, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (ECF No. 24.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 31, 2025, are ADOPTED IN FULL;

2. Plaintiff's motion for default judgment (ECF No. 21) is GRANTED;

3. The Court awards plaintiff $75,000 in statutory damages for Defendant's violations of

1

the Lanham Act;

    4. The Court grants Plaintiff's request for costs in the amount of $1,002.89;

    5. Post judgment interest is awarded pursuant to 28 U.S.C. § 1961;

    6. Defendant is permanently enjoined from infringing upon the Stündenglass Marks directly or contributorily, in any manner, including but not limited to: Import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass products, meaning products bearing the Stündenglass trademarks (registration numbers 6,633,884; 6,174,292; and 6,174,291), counterfeit, copy or imitation thereof; and

    7. The Clerk of the Court close this case.

IT IS SO ORDERED.

Date: April 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2