# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GS HOLISTIC, LLC ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:23−CV−00353−TLN−AC** |
| **NAJAR ABDALLAH , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/1/2025 .**

ENTERED:   **May 1, 2025**         /s/  **Keith Holland**
                                                     Clerk of Court